UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE PAUL WHEATON,<br><br>          Plaintiff,<br><br>     v.<br><br>J. McCOMBER, *et al.*,<br><br>          Defendants. | Case No. 2:22-cv-01434-JDP (PC)<br><br>ORDER:<br><br>(1) THAT PLAINTIFF INDICATE WHICH OF HIS TWO AMENDED COMPLAINTS HE WISHES TO PROCEED ON OR, IN THE ALTERNATIVE, THAT HE FILE A THIRD AMENDED COMPLAINT WITHIN THIRTY DAYS OF THIS ORDER'S ENTRY; AND<br><br>(2) DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT<br><br>ECF Nos. 12, 13, & 14 |

On November 14, 2022, I found that plaintiff's initial complaint was deficient and offered him[1] an opportunity to file an amended complaint. ECF No. 6. Plaintiff filed an amended complaint on January 3, 2023, and then he filed another on January 13, 2023. ECF Nos. 12 & 13. The complaints contain factually distinct allegations and bear little substantive similarity to each other. The first amended complaint is forty-two pages long, the second is only five. ECF Nos. 12

---

[1] Plaintiff states that he is a transgender individual. ECF No. 10 at 15. In the first amended complaint, he refers to himself using masculine pronouns; I will do the same. If other pronouns would be more appropriate, plaintiff may indicate as much in his next filing.

& 13.  Subsequent complaints supersede their predecessors.  *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997).   Thus, plaintiff's second, shorter complaint invalidates his first amended complaint.  I cannot tell if this was plaintiff's intent, however.  Rather than immediately screening only the second amended complaint, I will grant plaintiff an opportunity to confirm his intent to proceed only on the second amended complaint.  If that is not plaintiff's intent, he should file a third amended complaint which contains all his claims in a single filing.  I will also deny plaintiff's motion for extension of time to file an amended complaint, ECF No. 14, as moot.  His second amended complaint is deemed timely.

It is ORDERED that:

    1.    Within thirty days of this order plaintiff must either confirm his intent to proceed only on the second amended complaint, ECF No. 13, or file a third amended complaint that contains all his claims.

    2.    Plaintiff's motion for extension of time, ECF No. 14, is DENIED as moot.

    3.    Failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   February 5, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE